**ATEL MARITIME INVESTORS, L.P.; Atel Maritime Investors, III, L.P.; Kalakane, L.L.C., formerly known as Kala Kane, L.L.C., Plaintiffs–Appellants**

v.

**SEA MAR MANAGEMENT, L.L.C.; Nabors Well Services Company; Nabors Industries, Limited, Defendants–Appellees.**

No. 13–30790.

United States Court of Appeals, Fifth Circuit.

June 6, 2014.

Glenn G. Goodier, Matthew Scott Lejeune, Christopher S. Mann, Jones Walker LLP, New Orleans, LA, for Plaintiffs–Appellants.

Thomas J. Smith, Attorney, Peter Ashley Bourgeois, Esq., Timothy William Has-

---

singer, Esq., Amanda Elizabeth Kurz, Galloway, Johnson, Tompkins, Burr & Smith, Houston, TX, for Defendants–Appellees.

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

This court has considered this appeal on the basis of the briefs, the oral arguments of counsel, and pertinent portions of the record. The judgment of the district court is affirmed for essentially the reasons given by the district court in its Judgment and Reasons filed on June 24, 2013 after the bench trial.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

